UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
PATRICK COLLINS, INC.,                              :
                                                    :   Civil Action No. 12-CV-2962-HB
            Plaintiff,                              :
                                                    :
    vs.                                             :
                                                    :
JOHN DOES 1-4,                                      :
                                                    :
            Defendants.                             :
                                                    :
---------------------------------------------------------------X

**MOTION FOR LEAVE TO SERVE THIRD PARTY
SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Patrick Collins, Inc. ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated:  April 25, 2012

                                                                                      Respectfully submitted,

                                                                                      By: /s/*Jason Kotzker*
                                                                                       Jason Kotzker, Esq.
                                                                                       NY Bar No. 4286829
                                                                                       jason@klgip.com
                                                                                       KOTZKER LAW GROUP
                                                                                       9609 S. University Blvd. #632134
                                                                                       Highlands Ranch, CO 80163
                                                                                       Phone: 303-875-5386
                                                                                       *Attorney for Plaintiff*