USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
PATRICK COLLINS, INC.,                        :
: Civil Action No. 1:12-cv-02962-HB
                       Plaintiff, :
:
      vs.                                              :
:
JOHN DOES 1-4,                                :
:
                       Defendants.  :
:
------------------------------------------------------------X

## MOTION TO CONTINUE PRETRIAL CONFERENCE

Plaintiff, Patrick Collins, Inc. ("Plaintiff"), moves for the entry of an order continuing the pretrial conference currently scheduled for September 20, 2012 at 2:30 pm, and states:

A pretrial conference has been scheduled for September 20, 2012 at 2:30 pm before Honorable Harold Bear. Undersigned is scheduled to attend two hearings in the Eastern District of New York on the same date and time. See *Malibu Media, LLC v. John Does 1-26*, Case No. 2:12-cv-01147-JS-GRB (E.D.N.Y. March 2008) and *Patrick Collins, Inc. v. John Does 1-9*, Case No. 2:12-cv-01154-ADS-GRB (E.D.N.Y. March 2008).

As undersigned will be unavailable to attend the pretrial conference at the currently scheduled time, Plaintiff respectfully requests that this Court move the pretrial conference to a different time on the same date, as the Court's schedule may permit.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order moving the pretrial conference to different time on September 20, 2012.

*[Handwritten annotation: 9/20 is full, do next to 2:30. SO ORDERED. Harold Baer, Jr., U.S.D.J. Date: 9/18/12]*

1

          Respectfully submitted,

          By: /s/*Jason Kotzker*
          Jason Kotzker
          NY Bar Number - 4286829
          jason@klgip.com
          KOTZKER LAW GROUP
          9609 S. University Blvd. #632134
          Highlands Ranch, CO 80163
          Phone: 303-875-5386
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          By: /s/*Jason Kotzker*
          Jason Kotzker