**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

PATRICK COLLINS, INC.,

Plaintiff,

vs.

JOHN DOE 1,

Defendant.

-------------------------------------------------------------X

Civil Action No. 1:12-cv-02962-HB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE OF JOHN DOE 1**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 1 from this action without prejudice as Plaintiff was unable to ascertain the identity of John Doe 1 through its subpoena to the relevant ISP. John Doe 1 was assigned the IP address 69.114.100.209. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 4, 2012

Respectfully submitted,

By: */s/Jason Kotzker*
Jason Kotzker
NY Bar No. 4286829
jason@klgip.com
KOTZKER LAW GROUP

9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Jason Kotzker*
Jason Kotzker